# United States District Court

WESTERN DISTRICT OF WASHINGTON

GAYLYNN RICHARDS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C07-5390RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $399.50 and expenses of $25.93 pursuant to 28 U.S.C. §2412 and costs of $381.75 as set out at 28 U.S.C. §1920 and that Plaintiff's attorney Victoria Chhagen is hereby awarded EAJA fees of $3,712.06 pursuant to 28 U.S.C. §2412.

| March 18, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/Caroline M. Gonzalez*
Deputy Clerk