United States District Judge RONALD B. LEIGHTON

07-CV-05390-ORD

FILED ____ LODGED
____ RECEIVED

MAR 18 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

GAYLYNN RICHARDS, )
) CIVIL NO. C07-5390RBL
Plaintiff, )
) AMENDED PROPOSED ORDER FOR
vs. ) EAJA FEES, COSTS AND EXPENSES
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
)

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $815.65 and expenses of $25.93 pursuant to 28 U.S.C. §2412 and costs of $381.75 as set out at 28 U.S.C. §1920 and that Plaintiff's attorney Victoria Chhagan is hereby awarded EAJA fees of $3,712.06 pursuant to 28 U.S.C. §2412.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C07-5390RBL] - 1

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1  DATED this 18th day of March, 2008.

                                        /s/ Ronald B. Leighton
                                        RONALD B. LEIGHTON
                                        United States District Judge

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C07-5390RBL] - 2

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055