# United States District Court

WESTERN DISTRICT OF WASHINGTON

GAYLYNN RICHARDS

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**AMENDED**
JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5390RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Elie Halpern is hereby awarded EAJA fees of $815.65 and expenses of $25.93 pursuant to 28 U.S.C. §2412 and costs of $381.75 as set out at 28 U.S.C. §1920 and that Plaintiff's attorney Victoria Chhagen is awarded EAJA fees of $3,712.06 pursuant to 28 U.S.C. §2412.

|  |  |
|---|---|
| May 20, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |