# United States District Court

WESTERN DISTRICT OF WASHINGTON

GAYLYNN RICHARDS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE

CASE NUMBER: C07-5390RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $16,295.75 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $4,527.71 that previously were awarded, leaving a net fee of $11,768.04. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $11,768.04 minus any applicable processing fees as allowed by statute.

| June 4, 2009 | BRUCE RIFKIN |
|---|---|
|  | Clerk |

_/s/ Jennie L. Patton_
Deputy Clerk